FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* AUGUST 06, 2025 *
BROOKLYN OFFICE

MWG:DJM
F. #2023R00980

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SHAKEEM SMITH,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____25-CR-248_____
(T. 18, U.S.C., §§ 659, 981(a)(1)(C), 2
and 3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c))

Judge Brian M. Cogan
Magistrate Judge James R. Cho

THE GRAND JURY CHARGES:

## STOLEN CARGO

1.     On or about September 16, 2023, within the Eastern District of New York and elsewhere, the defendant SHAKEEM SMITH, together with others, did knowingly and intentionally steal, unlawfully take and carry away from an air terminal, airport, aircraft terminal and air navigation facility, to wit: John F. Kennedy International Airport in Queens, New York, goods and chattels of a value of $1,000 or more, to wit: gold jewelry worth approximately $158,702.96 in value, which were moving as, were part of and which constituted an interstate and foreign shipment of freight, express and other property, with intent to convert said goods and chattels to his own use.

(Title 18, United States Code, Sections 659, 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.  The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

/s/
_____
FOREPERSON

By David Pitluck, Assistant U.S. Attorney
_____
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK